**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| RTO Ventures, LLC | ) | Bankruptcy No. 12 B 44157 |
|  | ) | Chapter 11 |
|  | ) | |
| Debtor | ) | Judge Timothy A. Barnes |
|  | ) | |
|  | ) | |

To:     See Attached List

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **December 10, 2013,** at the hour of 10:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Timothy A. Barnes in Courtroom 613 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion for Entry of Final Decree** a copy of which is hereby served upon you. You may appear if you so choose.

> David P. Lloyd, Ltd.
> 615B S. LaGrange Rd.
> LaGrange IL  60525
> 708-937-1264
> Fax: 708-937-1265

## CERTIFICATE OF SERVICE

I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated by insertion of an e-mail address, or by first class mail by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 14th day of November, 2013.

> _____/s/ David P. Lloyd_____
> David P. Lloyd

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| RTO Ventures, LLC | ) | Bankruptcy No. 12 B 44157 |
|  | ) | Chapter 11 |
|  | ) | |
| Debtor | ) | Judge Timothy A. Barnes |
|  | ) | |
|  | ) | |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COMES the Debtor, RTO Ventures, LLC by and through its attorney, David P. Lloyd, and moves this honorable Court for entry of a final decreee in this confirmed Chapter 11 case, and in support thereof states as follows:

1. The Debtor filed a voluntary Chapter 11 petition on November 7, 2012. The Debtor's Plan was confirmed on September 4, 2013.

2. Administrative claims that have been allowed by the Court have been paid or otherwise resolved.

3. All priority claims have been resolved.

4. The Debtor has made the first plan payment toward secured creditors, and has paid holders of general unsecured claims in full.

5. Evidence of the payments of the above are set forth on the attached exhibit.

6. Said payments constitute substantial consummation of the confirmed plan and this case should now be closed.

WHEREFORE the Debtor prays that the Court enter a final decree and direct the Clerk of the Court to close the case.

                    Respectfully submitted,
                    RTO Ventures, LLC


                    By:_____/s/ David P. Lloyd_____
                           Its attorney


David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265